IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMANDA KNAPP-ELLIS and ROBERT SORIANO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>STELLAR RECOVERY, INC., a Florida corporation,<br><br>        Defendant. | NO. 1:16-cv-02187<br><br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Amanda Knapp-Ellis and Robert Soriano hereby dismiss their claims against Defendant Stellar Recovery, Inc., without prejudice and without costs.

RESPECTFULLY SUBMITTED AND DATED this 27th day of April, 2016.

        TERRELL MARSHALL LAW GROUP PLLC


        By:   /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
            Beth E. Terrell
            Email: bterrell@terrellmarshall.com
            Mary B. Reiten
            Email: mreiten@terrellmarshall.com
            Adrienne D. McEntee, *Admitted Pro Hac Vice*
            Email: amcentee@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103-8869
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

SaraEllen Hutchison
Email:  saraellen@saraellenhutchison.com
LAW OFFICE OF SARAELLEN
  HUTCHISON PLLC
1752 NW Market Street, Suite 915
Seattle, Washington  98107-5264
Telephone:  (206) 529-5195
Facsimile:  (877) 485-4893

Thomas Jarrard
Email:  tjarrard@att.net
LAW OFFICE OF THOMAS G. JARRARD
1020 N. Washington Street
Spokane, Washington  99201-2237
Telephone:  (425) 239-7290

Robert W. Mitchell
Email:  bobmitchellaw@yahoo.com
1020 N. Washington Street
Spokane, Washington  99201-2237
Telephone:  (509) 327-2224
Facsimile:  (509) 327-3374

*Attorneys for Plaintiffs and the Putative Class*

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on April 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Benjamin Nicholas Hutnick, *Admitted Pro Hac Vice*
> Email: bhutnick@bermanrabin.com
> BERMAN & RABIN, P.A.
> 15280 Metcalf
> Overland Park, Kansas 66223
> Telephone: (913) 649-1555
> Facsimile: (913) 652-9474

*Attorneys for Defendant*

DATED this 27th day of April, 2016.

                TERRELL MARSHALL LAW GROUP PLLC

                By:   /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
                     Beth E. Terrell
                     Email: bterrell@terrellmarshall.com
                     Mary B. Reiten
                     Email: mreiten@terrellmarshall.com
                     Adrienne D. McEntee, *Admitted Pro Hac Vice*
                     Email: amcentee@terrellmarshall.com
                     936 North 34th Street, Suite 300
                     Seattle, Washington 98103-8869
                     Telephone: (206) 816-6603
                     Facsimile: (206) 319-5450

*Attorneys for Plaintiffs and the Putative Class*