**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Amanda Knapp−Ellis, et al.
                        Plaintiff,

v.
                                                         Case No.: 1:16−cv−02187
                                                           Honorable Sidney I. Schenkier

Stellar Recovery, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 28, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to the notice of voluntary dismissal without prejudice (doc. # [66]), the case is terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.